```
UNITED STATES DISTRICT COURT                    ORIGINAL
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              FINAL ORDER OF
                                      FORFEITURE
     - against -
                                      CR-03-0366 (S-1)(CBA)
LORS NEMORIN,                              FILED
                                      IN CLERK'S OFFICE
          Defendant.                  U.S. DISTRICT COURT E.D.N.Y.
                                      ★   AUG 5 2005   ★
- - - - - - - - - - - - - - - -X

AMON, J.:                                       P.M. _____
                                          TIME A.M. _____
```

WHEREAS, on July 30, 2003, this Court issued a Preliminary Order of Forfeiture requiring defendant Lors Nemorin to forfeit $4,000.00 of the $6,212.00 seized from him (the "Forfeited Funds"); and

WHEREAS, the Court finds that defendant Nemorin had an interest in the Forfeited Funds; and

WHEREAS, on September 4, 11 and 18, 2003, the United States caused to be published in THE NEW YORK POST, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Forfeited Funds in accordance with the law and as specified in the Preliminary Order and further notifying all third parties of their rights to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Forfeited Funds; and

WHEREAS, no timely claim has been filed;

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to

Fed. R. Crim. P. 32.2(c)(2), the Preliminary Order of Forfeiture is final, and all right, title and interest in the Forfeited Funds described above is hereby condemned, forfeited and vested in the United States of America, and shall de disposed of according to law; and

IT IS FURTHER ORDERED that the current custodian of the funds (the Bureau of Customs and Border Protection) shall, upon receipt of a copy of the criminal judgment, return the balance of the remaining funds to the defendant following his sentencing, after any setoff for all other monetary penalties, including a special assessment, that are imposed as part o the defendant's sentence; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the court shall forward four (4) certified copies of this Order to the United States Attorney's Office, Attention: Assistant United States Attorney Brendan G. King, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
August 2, 2005

*HON. CAROL B. AMON /s/*
HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE